No. 25, Misc. CHRISTMAS v. FLORIDA. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se*. *James W. Kynes*, Attorney General of Florida, and *James G. Mahorner*, Assistant Attorney General, for respondent.

No. 52, Misc. MOSLEY v. MISSOURI. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se*. *Thomas F. Eagleton*, Attorney General of Missouri, and *Howard L. McFadden*, Assistant Attorney General, for respondent.

No. 108, Misc. BUCHANAN v. EYMAN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 81, Misc. PARKER v. LUMBARD ET AL. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se*. *Solicitor General Cox* for Lumbard et al., and *Bruce Bromley* for Columbia Broadcasting System, Inc., et al., respondents.

No. 98, Misc. CRAWFORD v. UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 314, Misc. WINCKLER & SMITH CITRUS PRODUCTS CO. ET AL. v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus denied. *William C. Dixon* and *Bernard Reich* for petitioners. *Ross C. Fisher* and *Herman F. Selvin* for Sunkist Growers, Inc., et al., respondents.